**2**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtors
Joelle M. DeGrande
Dominic J. DeGrande

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 25-25051-A-13C |
| DeGrande, Joelle M.<br>   SS#XXX-XX-8377 | DOCKET CONTROL #:PGM-1<br>DATE: February 3, 2026 |
| DeGrande, Dominic J.<br>   SS#XXX-XX-9760 | TIME: 9:00 a.m.<br>DEPT#: A - Courtroom 28<br>Honorable Judge Clement |
|         Debtors    / | |

**MOTION TO VALUE COLLATERAL OF QUANTUM3 GROUP LLC
AS AGENT FOR GOODLEAP**

Debtors, Joelle M. & Dominic J. DeGrande, by and through their attorney of record, moves the Court herein to value the collateral securing Debtors indebtedness to Quantum3 Group LLC as agent for GoodLeap, to wit a heat pump, air conditioner, heat breaker and a whole house fan.

This Motion is based on the following:

1. That on September 17, 2025, Debtors filed a Chapter 13 to reorganize their debts.

2. The Debtors value the collateral at $3,525.00 with the

-1-

balance of the loan to be treated as general unsecured, Class 7. The collateral is;

| | |
|---|---|
| Heat pump | $ 300.00 |
| Air Conditioner | $2,125.00 |
| Heat Breaker | $ 340.00 |
| Whole house fan | $ 750.00 |
| Total | **$3,515.00** |

3. The balance owed to the creditor is approximately $18,391.66, pursuant to the claim filed with this Court on October 27, 2025.

4. The claim is subject to 506(a) because the furniture was purchased on or about March 21, 2023, which is more than 365 days prior to the filing of the instant case, with a balance of approximately $18,391.66. Therefore, the creditor's claim is under-collateralized, and should be determined to be; $3,515.00.

5. The value of the collateral was determined by the debtors' own personal knowledge of the items. Refer to the Declaration of Debtors filed herewith and the points and authorities.

6. Debtors' schedules and Plan, signed under penalty of perjury and incorporated herein by this reference, state the value of the collateral at the time of filing.

Based on the foregoing, Debtors respectfully request that this Motion be granted.

Date: December 28, 2025          **/s/ Peter G. Macaluso**
                                 Peter G. Macaluso, Attorney at Law

-2-