**2**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtors
Joelle M. DeGrande
Dominic J. DeGrande


IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO


IN THE MATTER OF:          CASE NO. 25-25051-A-13C

DeGrande, Joelle M.          DOCKET CONTROL #:PGM-1
  SS#XXX-XX-8377            DATE:  February 3, 2026
DeGrande, Dominic J.        TIME:  9:00 a.m.
  SS#XXX-XX-9760            DEPT#: A  - Courtroom 28
                           Honorable Judge Clement
            Debtors        /

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VALUE COLLATERAL OF QUANTUM3 GROUP LLC AS AGENT FOR GOODLEAP**

Pursuant to 11 U.S.C. 506(a)(1), "an allowed claim of a creditor secured by a lien on property in which the estate has an interest, or that is subject to setoff under section 553 of this title, is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, or to the extent that the value of such creditor's interest or the amount subject to set off is less than the amount of such allowed claim.  Such value shall be determined in light of the purpose of the valuation and of the proposed disposition or use of such

-1-

property, and in conjunction with any hearing on such disposition or use or on a plan affecting such creditor's interest."

Debtors may testify regarding the value of the property owned by the Debtor and have done so through the Schedules and Plan. Fed. R. Evid. 701: <u>So. Central Livestock Dealers, Inc. v. Security State Bank,</u> 614 F.2d 1056, 1061 (5th Cir. 1998).

An adversary complaint is not necessary to value this collateral. <u>In re Laskin</u> 98 D.A.R. 8483 (B.A.P. 9th Cir. 1998).

The Debtors have supplied admissible lay opinion as to the value of the property at issue and the motion well pled.

Based on the foregoing, Debtor respectfully requests that this Motion be granted.

Date: December 28, 2025      **/s/ Peter G. Macaluso**
Peter G. Macaluso, Attorney at Law

-2-