**2**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtors
Joelle M. & Dominic J. DeGrande

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 25-25051-F-B-13C |
| DeGrande, Joelle M. | DOCKET CONTROL #:PGM-2 |
|   SS#XXX-XX-8377 | DATE: April 8, 2026 |
| DeGrande, Dominic J. | TIME: 9:30 A.M. |
|   SS#XXX-XX-9760 | DEPT#: B - Courtroom 13 |
| | Honorable Judge Rene Lastreto II |
| _____Debtors_____/ | |

**NOTICE OF HEARING TO CONFIRM DEBTORS'
FIRST AMENDED PLAN FILED ON MARCH 4, 2026**

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that Debtors, Joelle M. & Dominic J. DeGrande, by and through their attorney, Peter G. Macaluso, will move the Court for an Order Confirming their Chapter 13 Plan.

The hearing has been set for April 8, 2026 at 9:30 A.M., in Department B, Courtroom 13, of the U.S. Courthouse, located at 2500 Tulare Street, 5th Floor in Fresno, California.

Any party wishing to oppose this Motion must file a written response with the Court and serve upon Movant, the Chapter 13

-1-

Trustee, the US Trustee and all parties listed on the Proof of Service, no later than fourteen (14) calendar days prior to the hearing.

Failure to file timely written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition.

Any party may determine whether the matter has been resolved without oral argument, whether a tentative ruling has been issued, and may view pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Date: March 4, 2026                          **/s/ Peter G. Macaluso**
                                   Peter G. Macaluso, Attorney at Law

-2-